336 A.2d 882
**Deborah REID, Appellant,**

v.

**HOUSING AUTHORITY OF the CITY OF PITTSBURGH et al.**

Supreme Court of Pennsylvania.

Argued March 13, 1975.

Decided May 13, 1975.

Frank I. Smizik, Joseph A. Jaffe, Pittsburgh, for appellant.

David B. Washington, Housing Authority of Pittsburgh, Pittsburgh, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

This appeal is from an interlocutory decree.

Appeal quashed. Appellant to bear costs.

ROBERTS, J., took no part in the consideration or decision of this case.